IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**ROCKSAN M. WRIGHT**                                                                   **PLAINTIFF**

**v.**                                                 **CIVIL ACTION NO. 1:14cv4LG-JMR**

**MORAN FOODS, INC., d/b/a SAVE-A-LOT, LTD.**            **DEFENDANTS**

### ORDER GRANTING JOINT MOTION BY PLAINTIFF AND DEFENDANTS CAPPING ALL OF PLAINTIFF'S DAMAGES BELOW $75,000.00 AND FOR REMAND

This matter having come before the Court on the Joint Motion [6] of Plaintiff, Rocksan M. Wright (hereinafter "Plaintiff"), and Defendants Supervalu Holdings, Inc. and Supervalu, Inc. f/k/a Supervalu Stores, Inc. (hereinafter "Supervalu Defendants"), to cap all of Plaintiff's damages at below $75,000.00 and to remand this lawsuit to the County Court of Harrison County, Mississippi, Second Judicial District, the Court finds said Joint Motions well taken, and hereby finds that it is:

ORDERED AND ADJUDGED that the Joint Motion [6] for Remand and for Order Capping Plaintiff's Damages is **GRANTED**.

IT IS FURTHER ORDERED AND ADJUDGED, that all of Plaintiff's damages shall be capped at below $75,000.00.

IT IS FURTHER ORDERED AND ADJUDGED, that this lawsuit shall be remanded to the County Court of Harrison County, Mississippi, Second Judicial District.

**SO ORDERED AND ADJUDGED** this the 2nd day of April, 2014.

                                                      s/ *Louis Guirola, Jr.*
                                                      LOUIS GUIROLA, JR.
                                                      CHIEF U.S. DISTRICT JUDGE